IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANNETTE B. KELLY,             )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )         2:25cv703-MHT
                              )             (WO)
AIR CONDITION BY LUQUIRE,     )
INC.,                         )
                              )
     Defendant.               )
```

OPINION

Plaintiff, who is pro se, filed this lawsuit containing 18 disparate claims against an air-conditioning company that she asserts previously sued her for funds it said she owed for an air-conditioning unit, which she claims was defective and dangerous.[1]   The United States Magistrate Judge,

---

1. The allegations of the complaint were largely conclusory and sometimes bizarre. *See, e.g.,* Compl. (Doc. 1) at para. 20 ("Due to the Defendant's Gender Base Violence (GBV) and hate crimes, the Plaintiff, a person over sixty years of age, suffered gender and racially motivated assaults from $CO_2$ and $NOx$ and $VOCs$ toxic gases and chemical poisoning attacks from the

finding the complaint to be a shotgun pleading, ordered plaintiff to file an amended complaint and provided plaintiff with detailed instructions on how to draft her new complaint.  *See* Nov. 26, 2025 Order (Doc. 14) at 4-6.  Plaintiff then filed an amended complaint (Doc. 16).

This lawsuit is now before the court on the recommendation of the magistrate judge that plaintiff's case be dismissed for plaintiff's failure to follow the order explaining how to replead the complaint, and that all pending motions be denied as moot.  Also before the court is plaintiff's motion to strike the recommendation of the magistrate judge and/or motion for a special master.  The motion for a special master, which is based on unsupported allegations of bias by certain judges of this court, will be denied as meritless.  The court construes the motion to strike

---

Defendant and the Defendant's contract prison inmate employees.").

2

(Doc. 18) the recommendation as plaintiff's objections to the recommendation.

After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted. The court finds that allowing plaintiff to file another amended complaint would be futile based not only on her failure to comply with the magistrate judge's order, but also on the often bizarre statements in her amended complaint,[2] which indicate she is likely incapable of repleading the complaint properly, and on her history of involvement in meritless pro se litigation before the court, for which she has been warned that she may be deemed a vexatious

---

2. *See, e.g.*, Amended Compl. (Doc. 16) at para. 11 ("The Defendant in their court affidavits and court motions and court interrogative and other requests for production attempted to hide, conceal and manipulate facts and evidence about the Defendant dispatched and sent convicted felons, and Army type contract killers and Mafia type hit men to the Plaintiff's home as trusted HVAC/R and plumbing contractors.").

3

litigant by the court and for which she is subject to restrictions on future filings. *See* Report and Recommendation (Doc. 17) at 4 n.1 (explaining plaintiff's and her husband's litigation history in this court and citing, *inter alia*, *Kelly v. Alabama State Port Auth.*, No. 2:25cv825-RAH-JTA, 2025 WL 4053163, at *10 (M.D. Ala. Nov. 19, 2025) ("<u>Kelly is WARNED that further filing of shotgun complaints, whether or not filed in concert with Gregory Kelly, will result in a recommendation that she be found a vexatious litigant and that further restrictions be placed on her, personally, to prevent her continued vexatious conduct.</u>" (Emphasis in original.))); *Kelly v. Alabama State Port Auth.*, No. 2:25cv00825-RAH, 2025 WL 3633214, at *2 (M.D. Ala. Dec. 15, 2025) ("As a consequence of Gregory Kelly's vexatious filing of shotgun and frivolous pleadings, and now by and through his wife, Annette B. Kelly, in the event Gregory Kelly or anyone acting in concert with him, including Annette

4

B. Kelly, files a shotgun or facially frivolous complaint in the future, after appropriate review, the Court will summarily dismiss the pleading and the action without prior notice.").

An appropriate judgment will be entered.

DONE, this the 3rd day of March, 2026.

<u>    /s/ Myron H. Thompson    </u>
UNITED STATES DISTRICT JUDGE