IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ANNETTE B. KELLY,            )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:25cv703-MHT
                             )        (WO)
AIR CONDITION BY LUQUIRE,    )
INC.,                        )
                             )
     Defendant.              )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 18) are overruled.

(2) Plaintiff's motion for a special master (Doc. 18) is denied.

(3) The United States Magistrate Judge's recommendation (Doc. 17) is adopted.

(4) This lawsuit is dismissed without prejudice for failure to comply with an order of the court and

because allowing another opportunity to amend would be futile.

(5) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE